839-PGS -LHG   Document 10   Filed 12/05/11   Page 1

**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

0704243624 C001

RECEIVED
DEC 0 5 2011
AT 8:30
WILLIAM T. WALSH
CLERK

NIXIE           076  DE  1          00  12/01/11
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 08608150020         *0351-02353-22-45

neopost
11/22/2011
US POSTAGE
$00.44⁰

FIRST-CLASS MAIL
ZIP 08608
041L11214750

**Orders on Motions**
3:11-cv-05839-PGS -LHG COX v. UNIMERICA INSURANCE COMPANY OF NEW YORK et al
SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 11/22/2011 at 9:59 AM EST and filed on 11/22/2011
**Case Name:** COX v. UNIMERICA INSURANCE COMPANY OF NEW YORK et al
**Case Number:** 3:11-cv-05839-PGS -LHG
**Filer:**
**Document Number:** 8

**Docket Text:**
ORDER granting [6] Motion for Leave to Appear Pro Hac Vice as to Michael H. Bernstein, Esq. on behalf of Defts. Signed by Magistrate Judge Lois H. Goodman on 11/22/2011. (gxh)


**3:11-cv-05839-PGS -LHG Notice has been electronically mailed to:**

DANIEL MEIER    daniel.meier@sedgwicklaw.com, edward.hendrickson@sdma.com

**3:11-cv-05839-PGS -LHG Notice will not be electronically mailed to::**

ALAN D. BELL
292 Bloomfield Avenue
First Floor
Montclair, NJ 07042

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=11/22/2011] [FileNumber=5497973-0] [ae06139f6370fda567e6489d7ac99a415aa217bb82337badb474abf5b95426d34e f508014eb01ade12e71433b3626164068c9ac782f8014fd70ebcd8f14480b6]]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets Room 1050
Camden, N.J. 08101

**NEWARK OFFICE**
Martin Luther King Jr. Federal Bldg &
U.S. Courthouse
50 Walnut Street, P.O. BOX 419



Reply To: **TRENTON**

## NOTICE

Civil/Criminal Action No. __3:11-cv-5839__

The Clerk's Office is serving counsel Notice under Rule 77(d), Fed. R. Civ. P., and Rule 49(c), Fed. R. Cr. P., by forwarding to you the attached *Notice of Electronic Filing* ("NEF") showing the entry of a filed document in the above-referenced matter. Counsel can view and print the filed document in one of three ways:

(1)  By becoming an E-filer which allows one free look for printing and/or downloading. To register please visit the Court's web site at www.njd.uscourts.gov.

(2)  Using a PACER account for a fee of $0.08 per page. An account can be established by visiting their web site at http://pacer.psc.uscourts.gov.

(3)  By requesting a copy from the Clerk's Office at a fee of $0.50 per page.

Electronic Filing became **mandatory** on January 31, 2005 for all civil and criminal cases other than *pro se* cases. The Court strongly encourages you to take the necessary steps to obtain training and to register for an electronic filing.

Sincerely,

WILLIAM T. WALSH, CLERK

By: __s/Melissa M. Haneke__
Deputy Clerk