```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceeding
```

OFFICE: **Trenton**
**Magistrate Judge Lois H. Goodman**              Date: **5/18/12**
Court Reporter/ESR: **Digitally**

TITLE OF CASE:                                    CIVIL **11-5839 PGS/LHG**
**Catherine Cox**

vs.

**Unimerica Insurance Company of NY, et al.**

APPEARANCES:
**Alan D. Bell,** Esq for Plaintiff
**Michael H. Bernstein,** Esq for Defendant

**Catherine Cox**  present

NATURE OF PROCEEDINGS:.
**SETTLEMENT CONFERENCE HELD.**

Action reported settled
Terms of settlement read into the record by plaintiff.
Order to follow


TIME COMMENCED: **10:00 a.m.**
TIME ADJOURNED: **12:00 p.m.**          *Ivannya Jimenez*
TOTAL TIME: **2 hours**                  Courtroom Deputy