RECEIVED
MAY 21 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Catherine Cox <br>     Plaintiff, <br> <br> v. <br> Unimerica Insurance Company of New York, et al <br>     Defendants. | Civil Action No. 11-cv-5839 (PGS) <br><br> ORDER |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 21st day of May, 2012,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.