SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendant
Unimerica Life Insurance Company
of New York s/h/a Unimerica
Insurance Company of New York,
United Healthcare Specialty Benefits, and
Unimerica Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

------------------------------------------------------------x

| | |
|---|---|
| CATHERINE COX,<br><br>Plaintiff,<br><br>-against-<br><br>UNIMERICA INSURANCE COMPANY OF NEW YORK, UNITED HEALTHCARE SPECIALTY BENEFITS and UNIMERICA INSURANCE COMPANY,<br><br>Defendants. | Civil No.: 3:11-cv-05839<br>Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Catherine Cox and defendant Unimerica Life Insurance Company of New York s/h/a Unimerica Insurance Company of New York, United Healthcare Specialty Benefits and Unimerica Insurance Company, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff's Complaint against all defendants in the above-captioned action is hereby dismissed with prejudice, and without costs.

Dated: June 1, 2012

_____
MICHAEL BERNSTEIN, *pro hac vice*
DANIEL M. MEIER (DM- 041942006)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
*Attorneys For Defendant*

_____
ALAN D. BELL, ESQ.
Attorney at Law
650 Bloomfield Avenue, Suite 105
Bloomfield, New Jersey 07003
*Attorney for Plaintiff*

NY/858533v1

So Ordered:

_____
Hon. Peter G. Sheridan
United States District Judge

1

## CERTIFICATE OF SERVICE

I, Daniel M. Meier, pursuant to 28 U.S.C. §1746 hereby certify under penalty of perjury that a true and correct copy of the attached **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via ECF on this 20th day of June 20, 2012, upon the following:

Alan D. Bell, Esq.
Attorney at Law
650 Bloomfield Avenue, Suite 105
Bloomfield, New Jersey 07003
(973) 743-7070
*Attorney for Plaintiff*

s/_____
Daniel M. Meier (DM- 041942006)